SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| HARPREET SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK D. SICILIANO, Officer-in-Charge, USCIS San Jose Sub-Office;<br>DAVID N. STILL, Director, USCIS, San Francisco District Office;<br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security;<br>ROBERT MUELLER, III, Director Federal Bureau of Investigation,<br><br>    Defendants. | No. C 07-1878 EDL<br><br>**JOINT CONSENT TO MAGISTRATE JUDGE JURISDICTION; STIPULATION TO DISMISS; AND [~~PROPOSED~~] ORDER** |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action in light of the fact that the Federal Bureau of Investigation has completed Plaintiff's name check and the United States Citizenship and Immigration Services is prepared to adjudicate

Plaintiff's application for naturalization and agrees to do so within 30 days from dismissal of this action.

Each of the parties shall bear their own costs and fees.

Date: May 24, 2007                        Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: May 24, 2006                        _____/s/_____
ROBERT B. JOBE
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: May 30, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*